UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SONOMA, ET AL.

Plaintiff(s),

v.

BANK OF AMERICA CORPORATION, ET AL.

Defendant(s).

No. C V 13-2979

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/9/13

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")